**FORM 9A. Notice of Related Case Information**

Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2025-2049

**Short Case Caption** Microsoft Corporation v. InterDigital Patent Holdings, Inc.

**Filing Party/Entity** Microsoft Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Certain Electronic Devices, Including Smartphones, Computers, Tablet Computers, And Components Thereof, Inv. No. 337-TA-1373 (ITC).
>
> InterDigital, Inc. et al. v. Lenovo Group Limited et al., Case No. 5:23cv-00493-FL (E.D.N.C.).
> Microsoft Corporation v. InterDigital Patent Holdings, Inc., IPR2024-00537 (PTAB).
>
> Microsoft Corporation v. InterDigital Patent Holdings, Inc., IPR2024-00538 (PTAB).
>
> Microsoft Corporation v. InterDigital Patent Holdings, Inc., IPR2024-00305 (PTAB).
>
> Microsoft Corporation v. InterDigital Patent Holdings, Inc., IPR2024-00306 (PTAB).
>
> Microsoft Corporation v. InterDigital Patent Holdings, Inc., Fed. Cir. No. 2025-2050 (originating from PTAB).

☐     Additional pages attached

**FORM 9A. Notice of Related Case Information**

Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Lenovo PC HK Limited; Lenovo (United States) Inc.; Motorola Mobility LLC; InterDigital Madison Patent Holdings SAS; and InterDigital VC Holdings, Inc.

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Please see attached.

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/08/2025

Signature: /s/Samuel B. Thacker

Name: Samuel B. Thacker

**Form 9A: Question No. 3 – Additional Pages**

**<u>Alston & Bird</u>**
Adam D. Swain
Andrew J. Ligotti
Bryan W. Lutz
Christopher L. McArdle
Jason Sigalos
Jennifer Jieru Wang
Katherine G. Rubschlager
Kirk T. Bradley
Mark A. McCarty
Matthew D. Richardson
Matthew Scott Stevens
Neal A. Larson
Philip C. Ducker
Ravi Shah
Ryan W. Koppelman
Srishti Maddie Ghosh
Wesley C. Achey

**<u>Desmarais</u>**
Adam D. Steinmetz
Betty H. Chen
Goutam Patnaik
Ha Huynh

**<u>Dowd Scheffel</u>**
Matthew J. Dowd
Robert J. Scheffel
Elliot Alexander Gee

**<u>Fish & Richardson</u>**
Adam R. Shartzer
Allison E. Elkman
April Sunyoung Park
Brian J. Livedalen
Brian P. Boyd
Christian A. Chu
Daniel Y. Lee
David Barkan
David Kaminsky
Irene H. Hwang
Jack R. Wilson, IV
Jacqueline Tio
John J. Thuermer

1

Joshua P. Carrigan
Kyle J Fleming
Leeron G. Kalay
Linhong Zhang
Matthew A. Colvin
Matthew S. Johnson
Michael J. Ballanco
Michael J. McKeon
Peter Hong
Richard A. Sterba
Ruffin B. Cordell
Scott M. Flanz
Thad C. Kodish
Wonjoon Chung

**<u>Klarquist Sparkman</u>**
Andrew M. Mason
Frank Morton-Park
Samuel B. Thacker
Sarah E. Jelsema
Shelby A. Stepper

**<u>McKool Smith</u>**
George T. Fishback, Jr.
Kyra Cooper
Richard A. Kamprath
Scott W. Hejny

**<u>Womble Bond Dickinson</u>**
Jacob Steven Wharton
Raymond M. Bennett